# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| **CALLIE D. ROBERTS,**  PLAINTIFF,  v.  **AAA COOPER TRANSPORTATION, INC.,** and **MARCUS J. BUSH,** Individually and Jointly,  DEFENDANTS. | **CIVIL ACTION FILE NO. 2:17-cv-232-RWS** |

## <u>AAA COOPER TRANSPORTATION, INC.'S PARTIAL MOTION FOR SUMMARY JUDGMENT</u>

COMES NOW, **AAA COOPER TRANSPORTATION, INC.**, Defendant in the above-referenced case, and files this partial summary judgment on Plaintiff's direct negligence claims, including claims for negligent retention, supervision, hiring, entrustment, and training, relying on the following:

**A.** Deposition of Marcus J. Bush. A true and correct copy of which is attached as Exhibit "A";

**B.** Marcus J. Bush's Employment Eligibility Verification. A true and correct copy of which is attached as Exhibit "B";

- 2 -

**C.** Record of Road Test. A true and correct copy of which is attached as Exhibit "C";

**D.** Three-Year Motor Vehicle History Report for Marcus J. Bush. A true and correct copy of which is attached as Exhibit "D";

**E.** Marcus J. Bush's Application for Employment. A true and correct copy of which is attached as Exhibit "E";

**F.** Marcus J. Bush's Three-Year Employment History obtained by AAA Cooper Transportation, Inc. A true and correct copy of which is attached as Exhibit "F";

**G.** Marcus J. Bush's Commercial Driver's License. A true and correct copy of which is attached as Exhibit "G";

**H.** Motor Vehicle Reports for Marcus J. Bush. True and correct copies of which are attached as Exhibit "H";

**I.** Check Sheet for Pre-Regular Training. A true and correct copy of which is attached as Exhibit "I";

**J.** Accident correspondence from AAA Cooper Transportation, Inc. to Marcus J. Bush. True and correct copies of which are attached as Exhibit "J";

**K.** Uniform Traffic Ticket issued to Marcus J. Bush. A true and correct copy of which is attached as Exhibit "K";

**L.** Medical Examination Report dated May 14, 2015. A true and correct copy of which is attached as Exhibit "L"; and

**M.** Medical Examination Report dated April 30, 2013. A true and correct copy of which is attached as Exhibit "M".

Respectfully submitted this 30th day of October, 2019.

                              **HALL BOOTH SMITH, P.C.**

                              */s/ Sean B. Cox*
                              SCOTT H. MOULTON
                              Georgia Bar No. 974237
                              SEAN B. COX
                              Georgia Bar No. 664108
                              DANIELL R. FINK
                              Georgia Bar No. 540374
                              *Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia  30303-1775
(404) 954-5000
smoulton@hallboothsmith.com
scox@hallboothsmith.com
dfink@hallboothsmith.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **CALLIE D. ROBERTS,** **PLAINTIFF,** v. **AAA COOPER TRANSPORTATION, INC., and MARCUS J. BUSH, Individually and Jointly,** **DEFENDANTS.** | **CIVIL ACTION FILE NO. 2:17-cv-232-RWS** |

## CERTIFICATE OF COMPLIANCE

The foregoing **AAA COOPER TRANSPORTATION, INC.'S PARTIAL MOTION FOR SUMMARY JUDGMENT** is double spaced in 14 point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 7.1.

**HALL BOOTH SMITH, P.C.**

*/s/ Sean B. Cox*
SCOTT H. MOULTON
Georgia Bar No. 974237
SEAN B. COX
Georgia Bar No. 664108
DANIELL R. FINK
Georgia Bar No. 540374
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| CALLIE D. ROBERTS, <br><br> PLAINTIFF, <br><br> v. <br><br> AAA COOPER TRANSPORTATION, INC., and MARCUS J. BUSH, Individually and Jointly, <br><br> DEFENDANTS. | CIVIL ACTION FILE NO. <br> 2:17-cv-232-RWS |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have served a copy of the within and foregoing **AAA COOPER TRANSPORTATION, INC.'S PARTIAL MOTION FOR SUMMARY JUDGMENT** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

Charles D. Graham, Esq.
191 Roswell Street
Suite 200
Marietta, Georgia 30060

E. Brian Watkins, Esq.
191 Roswell Street
Suite 200
Marietta, Georgia 30060

Christopher D. Glover, Esq.
Benjamin R. Keen, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
4200 Northside Parkway, NW
Building One, Suite 100
Atlanta, Georgia 30327

This <u>30th</u> day of October, 2019.

                                            **HALL BOOTH SMITH, P.C.**

                                            */s/ Sean B. Cox*
                                            SCOTT H. MOULTON
                                            Georgia Bar No. 974237
                                            SEAN B. COX
                                            Georgia Bar No. 664108
                                            DANIELL R. FINK
                                            Georgia Bar No. 540374
                                            *Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia  30303-1775
(404) 954-5000
smoulton@hallboothsmith.com
scox@hallboothsmith.com
dfink@hallboothsmith.com